# Vinson&Elkins

*The initial pretrial conference previously scheduled for April 29, 2026 is hereby RESCHEDULED to **May 6, 2026 at 9:00 a.m.**  The call-in information remains the same.  Parties shall file the joint letter and proposed Case Management Plan by Thursday of the week prior to the conference.*

*The Clerk of Court is directed to terminate ECF No. 14.*

Dora Georgescu  dgeorgescu@velaw.com
**Tel** +1.212.237.0186  **Fax** +1.917.849.5373

March 26, 2026

**Via CM/ECF**

*SO ORDERED.*

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*March 26, 2026*

**RE:** *Marco Cavara and Massimo Mazzaccone v. Petróleos de Venezuela, S.A.*, **No. 1:26-cv-00560 (JMF): Petróleos de Venezuela, S.A.'s Request for Adjournment of Initial Pretrial Conference**

Dear Judge Furman:

We represent Defendant Petróleos de Venezuela, S.A. ("PDVSA").  We write pursuant to Rule 2.D of your Honor's Individual Rules and Practices in Civil Cases to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for April 29, 2026 at 9:00 a.m.

PDVSA makes this request because principal trial counsel has a conflict on April 29, which cannot be rescheduled.  This is PDVSA's first request for an adjournment, and Plaintiffs consent to the request. The only deadline that will be impacted by the requested adjournment is the deadline to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order, which is currently April 23, 2026.

The parties are available to participate in a remote Initial Pretrial Conference on any date the week of May 4, 2026, other than May 4, when counsel for both parties have scheduling conflicts.

*[Signature block on following page]*

---

**Vinson & Elkins LLP  Attorneys at Law**

Austin  Dallas  Dubai  Houston  London  Los Angeles
New York  Richmond  San Francisco  Tokyo  Washington

Texas Tower, 845 Texas Avenue, Suite 4700
Houston, TX 77002
**Tel** +1.713.758.2222  **Fax** +1.713.758.2346  velaw.com



Respectfully submitted,
**VINSON & ELKINS LLP**


*/s/ Dora Georgescu*

Dora Georgescu
Camilo Cardozo
Marisa Antonelli
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, New York 10036
Telephone: (212) 237-0186
dgeorgescu@velaw.com
ccardozo@velaw.com
mantonelli@velaw.com

*Counsel for Defendant Petróleos de Venezuela, S.A.*