NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

DAVID T. MCTAGGART
SPECIAL COUNSEL
DIRECT DIAL: +1 212 471 1814
PERSONAL FAX: +1 212 202 4931
*E-MAIL:* dtmctaggart@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

October 5, 2026

VIA ECF

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

**Re:** ***Cavara et al v. Petróleos de Venezuela, S.A.***
**Civil Case No. 26-cv-560-JMF**

Your Honor:

We represent Plaintiffs Marco Cavara and Massimo Mazzaccone. We write with the consent of Defendant Petróleos de Venezuela, S.A., pursuant to the direction on page 7 of the April 29, 2026 Case Management Plan and Scheduling Order (D.E. 18), as amended by Court order dated July 27, 2026 (D.E. 18), to report that, at this time, the parties do not wish to have the case referred to a Magistrate Judge or the Court's mediation program for settlement purposes.

Respectfully submitted,

*/s/ David McTaggart*
David McTaggart